WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARRY PIERCE, GDP TUNING, LLC, CUSTOM AUTO OF REXBURG, LLC, d/b/a GORILLA DIESEL PERFORMANCE,<br><br>Defendants. | Case Nos. 4:23-cr-00168-BLW<br><br>DEFENDANTS' SECOND MOTION TO CONTINUE SENTENCING |

Defendants Barry Pierce, GDP Tuning, LLC, and Custom Auto of Rexburg, LLC, d/b/a Gorilla Diesel Performance, move this Court for a continuance of the sentencing hearing scheduled for January 31, 2024, at 1:30 p.m., before the Honorable B. Lynn Winmill, to June 25, 2024, or to a date thereafter that is convenient to the Court and Counsel.  The United States joins in this motion.

DEFENDANTS' SECOND MOTION TO CONTINUE SENTENCING - 1
122046108.1 0069190-00001

DATED:  January 11, 2024.                STOEL RIVES LLP


                                         /s/ Wendy J. Olson
                                         Wendy J. Olson

                                         Attorneys for Defendant

122046108.1 0069190-00001